# In the United States Court of Federal Claims

No. 06-372C

(Filed: June 27, 2006)

******************************************
ALBERT H. GAY,
A WISCONSIN PARTNERSHIP

Plaintiff,

v.

THE UNITED STATES,

Defendant.
******************************************

ORDER

On June 22, 2006, counsel for the parties filed a Joint Motion For a Stay of Proceedings. The motion states that this case is one of approximately 260 filed in this Court since August of 2004. The cases have been assigned to Judge Marian Blank Horn for ADR proceedings, and the parties believe they are close to settlement. Accordingly, and for good cause shown, the case is hereby STAYED until 14 days following the conclusion of ADR proceedings. The parties shall file a joint status report on August 1, 2006, and every 60 days thereafter until the stay is lifted.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge